1
2
3
4
5

6                       UNITED STATES DISTRICT COURT

7                            DISTRICT OF NEVADA

8                                   * * *

9   FEDERAL NATIONAL MORTGAGE                 Case No. 2:17-cv-02033-JCM-VCF
    ASSOCIATION,
10                                                         ORDER
                                Plaintiff,
11
         v.
12
    BFP INVESTMENTS 4 LLC,
13
                                Defendant.
14

15          Presently before the court is defendant BFP Investments 4 LLC's motion for security of

16   costs.  (ECF No. 7).

17          "When a plaintiff in an action resides out of the State, or is a foreign corporation, security

18   for the costs and charges which may be awarded against such plaintiff may be required by the

19   defendant . . . ."  Nev. Rev. Stat. § 18.130.  Further, "[i]t is the policy of the United States District

20   Court for the District of Nevada to enforce the requirements of [Nevada Revised Statute ("NRS")

21   §] 18.130 in diversity actions."  *Feagins v. Trump Org.*, No. 2:11-cv-01121-GMN-GWF, 2012

22   WL 925027, at *1 (D. Nev. Mar. 19, 2012) (citing *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305–06

23   (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

24          In its complaint, plaintiff Federal National Mortgage Association states it is a citizen of the

25   District of Columbia for jurisdictional purpose in civil cases.  (ECF No. 1 at 3).

26          Thus, this court finds that defendant properly invokes NRS 18.130.  Pursuant to that statute,

27   plaintiff is to deposit $500.00 with the clerk of court for "costs and charges as may be awarded"

28   in this case.  Nev. Rev. Stat. § 18.130.

1    Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's demand for

3    security costs, (ECF No. 7) be, and the same hereby is, GRANTED.

4        IT IS FURTHER ORDERED that plaintiff shall post a cost bond in the amount of $500.00

5    or make a cash deposit of $500.00 as to defendant within seven (7) days of the entry of this order.

6        DATED THIS 18th day of October, 2017.

7

8                                        JAMES C. MAHAN
                                        UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28