# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                      Plaintiff(s),<br><br>    v.<br><br>BFP INVESTMENTS 4 LLC,<br><br>                      Defendant(s). | Case No. 2:17-CV-2033 JCM (VCF)<br><br>ORDER |

Presently before the court is plaintiff Federal National Mortgage Association's motion regarding summary judgment briefing and to stay discovery. (ECF No. 14). The motion violates LR IC 2-2(b), as it requests more than one form of relief. The motion will therefore be denied without prejudice to re-file separate motions for each form of requested relief.

Accordingly,

IT IS SO ORDERED.

DATED November 9, 2017.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**