# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                 Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 4 LLC,<br><br>                 Defendant. | 2:17-cv-02033-JCM-VCF<br>**ORDER** |

Before the Court is the Stipulation and Order to Extend Briefing Schedule on the Motion to Stay All Discovery. (ECF No. 20). This order does not pertain to the stipulation and order to extend briefing schedule on the motion for summary judgment.

Accordingly,

IT IS HEREBY ORDERED that Stipulation and Order to Extend Briefing Schedule on the Motion to Stay All Discovery (ECF No. 20) is GRANTED.

Any opposition to the Motion to Stay (ECF No. 16) must be filed on or before December 8, 2017. Any reply in support of the Motion to Stay (ECF No. 16) must be filed on or before December 15, 2017.

DATED this 8th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE