Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 4 LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 4 LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-02033-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

BFP Investments 4, LLC ("BFP") and Federal National Mortgage Association ("FNMA"), by and through their respective counsel of record, hereby stipulate as follows:

1. FNMA filed its Motion to Stay All Discovery [ECF No. 16] and Motion to Schedule Summary Judgment Briefing [ECF No. 17] on November 13, 2017 ("FNMA's Motions").

2. SFR's oppositions to FNMA's Motions are due on or before November 27, 2017.

3. The parties hereby stipulate and agree that SFR's oppositions to FNMA's Motions be filed on or before December 8, 2017.

4. Any replies shall be filed by December 15, 2017.

…

…

- 1 -

5. This is the first request for an extension of these deadlines and it is not made for the purposes of delay. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in each motion.

DATED this  27th  day of November, 2017.	DATED this  27th  day of November, 2017.

**KIM GILBERT EBRON**	**ALDRIDGE PITE, LLP**

 /s/ Diana S. Ebron	 /s/ Jory C. Garabedian
Diana S. Ebron, Esq.	Laurel I. Handley, Esq.
Nevada Bar No. 10580	Nevada Bar No. 9576
Jacqueline A. Gilbert, Esq.	Jory C. Garabedian, Esq.
Nevada Bar No. 10593	Nevada Bar No. 10352
Karen L. Hanks, Esq.	520 South 4th Street, Suite 360
Nevada Bar No. 9578	Las Vegas, Nevada 89101
7625 Dean Martin Drive, Suite 110	*Attorney for Plaintiff,*
Las Vegas, Nevada 89139-5974	*Federal National Mortgage Association*
*Attorney for Defendant,*
*BFP Investments 4 LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
DATED: December 15, 2017

- 2 -