DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 4 LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 4 LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-02033-JCM-VCF<br><br>**STIPULATION AND ORDER TO MOVE TIME OF HEARING** |

BFP Investments 4, LLC ("BFP") and Federal National Mortgage Association ("FNMA"), by and through their respective counsel of record, hereby stipulate as follows:

1. The Court, by minute order, set a hearing on FNMA's Motion to Stay All Discovery [ECF No. 16] for January 12, 2018 at 1:30 p.m.

2. Counsel for SFR is set to be in trial before the Honorable Nancy Allf in the Eighth Judicial District Court at 10 a.m. on another matter.

3. It is the last day of trial and the parties are scheduled to give closing arguments.

4. Counsel for SFR does not have anyone else available to cover the 1:30 p.m. hearing before this Court, and believes closing arguments will extend past three hours.

5. So as to give undersigned counsel sufficient time to complete closing arguments, the parties agree to move the hearing to 3 p.m. on January 12, 2018.

- 1 -

6. This stipulation is not made for the purposes of delay. The change in time for the hearing is requested to accommodate SFR's counsel's trial schedule.

DATED this  11th  day of January, 2018.  DATED this  11th  day of January, 2018.

**KIM GILBERT EBRON**  **ALDRIDGE PITE, LLP**

 /s/ Karen L. Hanks   /s/ Jory C. Garabedian 
Diana S. Ebron, Esq.  Laurel I. Handley, Esq.
Nevada Bar No. 10580  Nevada Bar No. 9576
Jacqueline A. Gilbert, Esq.  Jory C. Garabedian, Esq.
Nevada Bar No. 10593  Nevada Bar No. 10352
Karen L. Hanks, Esq.  520 South 4th Street, Suite 360
Nevada Bar No. 9578  Las Vegas, Nevada 89101
7625 Dean Martin Drive, Suite 110  *Attorney for Plaintiff,*
Las Vegas, Nevada 89139-5974  *Federal National Mortgage Association*
*Attorney for Defendant,*
*BFP Investments 4 LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 1-11-2018