DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 4 LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 4 LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-02033-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 28]**<br><br>**(First Request)** |

Defendant BFP Investments 4, LLC ("BFP") and Plaintiff Federal National Mortgage Association ("Fannie Mae"), by and through their respective counsel of record, hereby stipulate to allow BFP a one week extension to file its response to Fannie Mae's motion for summary judgment [ECF No. 28]:

1. Fannie Mae filed its motion for summary judgment on December 27, 2017 [ECF No. 28].

2. BFP's opposition to Fannie Mae's motion for summary judgment is due on January 17, 2018.

3. The parties hereby stipulate and agree that BFP's opposition to Fannie Mae's motion

- 1 -

for summary judgment shall now be due January 24, 2018.

4. This is the first request for an extension of this deadlines and it is not made for the purposes of delay or prejudice to any party. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in each motion. BFP's counsel experienced delays due to the holidays and sickness.

DATED this 17th day of January, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
*Attorney for Defendant,*
*BFP Investments 4 LLC*

DATED this 17th day of January, 2018.

**ALDRIDGE PITE, LLP**

*/s/ Jory C. Garabedian*
Laurel I. Handley, Esq.
Nevada Bar No. 9576
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
*Attorney for Plaintiff,*
*Federal National Mortgage Association*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 18, 2018