KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 4 LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 4 LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-02033-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 28]**<br><br>**(Second Request)** |

Defendant BFP Investments 4, LLC ("BFP") and Plaintiff Federal National Mortgage Association ("Fannie Mae"), by and through their respective counsel of record, hereby stipulate to allow BFP a two-day extension to file its response to Fannie Mae's motion for summary judgment [ECF No. 28]:

1. Fannie Mae filed its motion for summary judgment on December 27, 2017 [ECF No. 28].

2. On January 18, 2018, the Court entered a stipulation extending the deadline for BFP's opposition to Fannie Mae's motion for summary judgment to January 24, 2018. [ECF No. 34].

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

3. The parties hereby stipulate and agree that BFP's opposition to Fannie Mae's motion for summary judgment shall now be due Friday, January 26, 2018.

4. This is the second request for an extension of this deadline and it is not made for the purposes of delay or prejudice to any party. The additional time requested is necessary because Fannie Mae was unable to disclose documents Magistrate Judge Ferenbach ordered to be produced on Monday, until Tuesday at 3:21 p.m.

5. There still remains documents missing that BFP contends were ordered to be produced, but the parties are working that issue out, and if a further extension is warranted, the parties will submit another stipulation.

DATED this __24th__ day of January, 2018.

**KIM GILBERT EBRON**

 /s/ Karen L. Hanks
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
*Attorney for Defendant,*
*BFP Investments 4 LLC*

DATED this __24th__ day of January, 2018.

**ALDRIDGE PITE, LLP**

 /s/ Jory C. Garabedian
Laurel I. Handley, Esq.
Nevada Bar No. 9576
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
*Attorney for Plaintiff,*
*Federal National Mortgage Association*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: January 25, 2018