Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-Mail: lhandley@aldridgepite.com

*Attorneys for Plaintiff:*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>BFP INVESTMENTS 4 LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:17-cv-02033-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR RECONSIDERATION (ECF NO. 46)**<br><br>**(First Request)** |

Plaintiff Federal National Mortgage Association ("Fannie Mae") and Defendant BFP Investments 4, LLC ("BFP" and collectively the "Parties"), by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

1. On May 25, 2018, BFP filed its Motion for Reconsideration of Order Granting Plaintiff's Motion for Summary Judgment Pursuant to FRCP 56 and 60. (ECF No. 60).
2. Fannie Mae's response brief is currently due June 8, 2018.
3. The Parties hereby stipulate and agree that Fannie Mae's response brief deadline shall be extended to June 15, 2018.

/./././

/./././

/./././

/./././

4. This request and stipulation is not being made for purposes of delay or prejudice as Fannie Mae makes this request due to a high volume of briefing that is or has become due in late May and early June.

DATED this 8th day of June, 2018.

| **ALDRIDGE PITE, LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ Jory C. Garabedian | /s/ Karen L. Hanks |
| Jory C. Garabedian | Karen L. Hanks |
| Nevada Bar No. 10352 | Nevada Bar No. 9578 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Federal National Mortgage Association* | *BFP Investments 4 LLC* |

**IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE

DATED: June 12, 2018