Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-Mail: lhandley@aldridgepite.com

*Attorneys for Plaintiff:*
*Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>BFP INVESTMENTS 4 LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:17-cv-02033-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO ENTER FINAL JUDGMENT**<br><br>**(First Request)** |

Plaintiff Federal National Mortgage Association ("Fannie Mae") and Defendant BFP Investments 4, LLC ("BFP" and collectively the "Parties"), by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

1. On May 22, 2018, Fannie Mae filed its Motion to Enter Final Judgment. (ECF No. 45).
2. BFP filed its response brief on June 5, 2018. (ECF No. 45).
3. Fannie Mae's reply brief is currently due June 12, 2018.
4. The Parties hereby stipulate and agree that Fannie Mae's reply brief deadline shall be extended to June 15, 2018.

/././

/././

/././

/././

5. This request and stipulation is not being made for purposes of delay or prejudice as Fannie Mae makes this request due to a high volume of briefing that is or has become due in late May and early June.

DATED this 8th day of June, 2018.

| **ALDRIDGE PITE, LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Jory C. Garabedian* | */s/ Karen L. Hanks* |
| Jory C. Garabedian | Karen L. Hanks |
| Nevada Bar No. 10352 | Nevada Bar No. 9578 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Federal National Mortgage Association* | *BFP Investments 4 LLC* |

**IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE

DATED: June 12, 2018