Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 4 LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 4 LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-02033-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION [ECF No. 46]**<br><br>**(First Request)** |

Defendant BFP Investments 4, LLC ("BFP") and Plaintiff Federal National Mortgage Association ("Fannie Mae"), by and through their respective counsel of record, hereby stipulate to allow BFP a two-week extension to file its Reply in Support of its Motion for Reconsideration [ECF No. 46]:

1. BFP filed its Motion for Reconsideration [ECF No. 46] on May 25, 2018.
2. Fannie Mae's opposition to was originally due on June 8, 2018.
3. Fannie Mae's opposition deadline was extended by stipulation of the parties on June 8, 2018, continuing the deadline to June 15, 2018.
4. Fannie Mae filed its opposition to BFP's Motion for Reconsideration [ECF No. 53] on

- 1 -

June 15, 2018.

5. BFP's Reply in Support is currently due June 22, 2018.

6. The Parties stipulate and agree that BFP's Reply in Support of its Motion for Reconsideration deadline shall be extended to July 6, 2018.

7. This is the first request for an extension of this deadline and it is not made for the purposes of delay or prejudice to any party. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in each motion. BFP's counsel had an unanticipated medical issue that caused delays in meeting the original Reply deadline.

DATED this  22nd  day of June, 2018.  DATED this  22nd  day of June, 2018.

**KIM GILBERT EBRON**  **ALDRIDGE PITE, LLP**

 /s/ Karen L. Hanks   /s/ Jory C. Garabedian 
Diana S. Ebron, Esq.  Laurel I. Handley, Esq.
Nevada Bar No. 10580  Nevada Bar No. 9576
Jacqueline A. Gilbert, Esq.  Jory C. Garabedian, Esq.
Nevada Bar No. 10593  Nevada Bar No. 10352
Karen L. Hanks, Esq.  520 South 4th Street, Suite 360
Nevada Bar No. 9578  Las Vegas, Nevada 89101
7625 Dean Martin Drive, Suite 110  *Attorney for Plaintiff,*
Las Vegas, Nevada 89139-5974  *Federal National Mortgage Association*
*Attorney for Defendant,*
*BFP Investments 4 LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: _June 22, 2018_____