DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 4 LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 4 LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-02033-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION [ECF No. 46]**<br><br>**(Second Request)** |

Defendant BFP Investments 4, LLC ("BFP") and Plaintiff Federal National Mortgage Association ("Fannie Mae"), by and through their respective counsel of record, hereby stipulate to allow BFP a one-week extension to file its Reply in Support of its Motion for Reconsideration [ECF No. 46]:

1. BFP filed its Motion for Reconsideration [ECF No. 46] on May 25, 2018.

2. Fannie Mae's opposition to same was originally due on June 8, 2018.

3. Fannie Mae's opposition deadline was extended by stipulation of the parties on June 8, 2018, continuing the deadline to June 15, 2018 [ECF Nos. 48, 49, and 51].

4. Fannie Mae filed its opposition to BFP's Motion for Reconsideration [ECF No. 53] on

- 1 -

June 15, 2018.

5. Based on the prior stipulation, BFP's Reply in Support was due June 22, 2018 [ECF Nos. 48, 49 and 51].

6. Thereafter, the Parties stipulated and agreed that BFP's Reply in Support of its Motion for Reconsideration deadline was extended to July 6, 2018 [ECF Nos. 55 and 56].

7. Here, the Parties stipulate and agree that BFP's Reply in Support of its Motion for Reconsideration deadline shall be extended to July 13, 2018.

8. This is the second request for an extension of this deadline and it is not made for the purposes of delay or prejudice to any party. The additional time requested is to allow counsel to meaningfully respond to the arguments raised in the Opposition. BFP's counsel is still recovering from a prior medical issue, which necessitates additional time to respond appropriately.

DATED this  5th  day of July, 2018.

**KIM GILBERT EBRON**

 */s/ Jason G. Martinez*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
Jason G. Martinez, Esq.
Nevada Bar No. 13375
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
*Attorney for Defendant,*
*BFP Investments 4 LLC*

DATED this  5th  day of July, 2018.

**ALDRIDGE PITE, LLP**

 */s/ Jory C. Garabedian*
Laurel I. Handley, Esq.
Nevada Bar No. 9576
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
*Attorney for Plaintiff,*
*Federal National Mortgage Association*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: July 9, 2018.